JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

```
YONGPING ZHOU,                  )   No. CV 12-08508-VBF (VBK)
                                )
              Plaintiff,        )   JUDGMENT
                                )
     v.                         )
                                )
ERIC H. HOLDER et al.,          )
                                )
              Defendants.       )
_____)
```

Final Judgment is hereby entered in favor of the defendants and against the plaintiff, dismissing the complaint and the entire action with prejudice.

DATED: July 26, 2013

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE